UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DAVID JONES, | ) |
| *Plaintiff,* | ) ) ) ) Case No. 4:22-cv-22 |
| v. | ) ) Judge Curtis L. Collier |
| DEAD ZERO SHOOTING LLC d/b/a DEAD ZERO SHOOTING PARK, DEAD ZERO d/b/a DEAD ZERO SHOOTING PARK, JUSTIN DAVID WHALEY, SCOTT VICTOR, *and* RUSSEL THEURER, | ) Magistrate Judge Christopher H. Steger ) ) ) ) ) |
| *Defendants.* | ) |

## JUDGMENT ORDER

Before the Court is the parties' joint motion for approval of a settlement agreement in this action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. (Doc. 41.) The Court **GRANTS** the motion (Doc. 41) and **APPROVES** the proposed settlement agreement (Doc. 41-1). This case is **DISMISSED WITH PREJUDICE**, with each party bearing its own attorney fees and costs, except as otherwise provided in the settlement agreement (Doc. 41-1). There being no further issues, the Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  */s/ LeAnna R. Wilson*
  CLERK OF COURT